UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>)<br>ELISABEL RIVAS, )<br>Defendant ) | Criminal No. 04-30002-MAP |

ORDER PURSUANT TO 18 U.S.C. § 3006A(f)
January 23, 2004

NEIMAN, U.S.M.J.

The court has found that Elisabel Rivas ("Defendant") is presently unable to directly pay the costs required to retain counsel.  Accordingly, the court has directed the clerk's office to appoint counsel to represent her pursuant to 18 U.S.C. § 3006A.

However, the court further finds that Defendant has sufficient resources and income from which she can make payments towards a fund that will ultimately be used to partially compensate appointed counsel.  Accordingly, pursuant to 18 U.S.C. § 3006A(f), the court hereby orders as follows:

1. By February 6, 2004, Defendant is ordered to open an account at a Massachusetts bank in her own name and to report to the clerk's office by telephone before the close of business on that date, the name of the bank and the account number.  The opening deposit to be made into the account will be $100.

2. On or about the 6th day of each month thereafter, Defendant is ordered to deposit an additional $300 in this account until the case is concluded.  Defendant is further ordered not to withdraw, or cause to be withdrawn, any funds from the account absent the court's permission.

Failure to comply with any portion of this order may result in revocation of the court's appointment of counsel.

      IT IS SO ORDERED.

DATE:   January 23, 2004

                                                             /s/ Kenneth P. Neiman  
                                                   KENNETH P. NEIMAN  
                                                   U.S. Magistrate Judge