UNITED STATES DISTRICT COURT

SPRINGFIELD DIVISION
CRIMINAL ACTION NO. 04-30300

UNITED STATES,
    Plaintiff

v.

ELISABEL RIVAS
    Defendant

ASSENTED TO MOTION TO CONTINUE ARRAIGNMENT

Now Comes the Defendant, Elisabel Rivas, through her Counsel, Judith C. Knight, and requests that this Court continue her arraignment schedule fro February 3, 2004 at 2:00 to February 9, 2003 at 2:00.

As reasons therefore, Attorney Knight's office is located in Great Barrington, Ma, one hour and one quarter from the Federal Court. Attorney Knight is feeling ill and requests that the matter be briefly continued. U AUSA Bill Welch assents to this request and concurs that February 9 at 2:00 is convenient for the arraignment.

For these reasons, the Defendant respectfully requests that the Court allow this Motion.

Respectfully submitted,

Judith C. Knight Esquire
342 Main Street
Great Barrington, MA 01230
(413) 528-4800
BBO #551896

Dated: February 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of February, 2004 I served this Motion to Continue upon the Defendant via facsimile 413-785-0394:

The U.S. Attorney's Office
Attn: Attorney William Welch
1550 Main Street, Room 310
Springfield, MA 01103

_____
Judith C. Knight, Esquire
Law Offices
342 Main Street
Great Barrington, MA 01230
(413) 528-4800
BBO #551896