UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )         Criminal No. 04-30002-MAP
)
)
ELISABEL RIVAS, )
              Defendant )

SCHEDULING ORDER
February 9, 2004

NEIMAN, U.S.M.J.

Elisabel Rivas ("Defendant"), having been arraigned before the court this day and

having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED

in accordance with Local Criminal Rules (LR) 116.1 through 116.5 that further proceedings

shall be governed as follows:

1. The Government shall produce, on or before February 23, 2004, those

    materials required to be produced under LR 116.1(C).

2. Defendant shall produce, on or before March 8, 2004, those materials

    required to be produced under LR 116.1(D).

3. Any discovery request letters shall be sent and filed by March 22, 2004. *See*

    LR 116.3(A) and (H).

4. Any responses to discovery request letters shall be sent and filed within

    fourteen days of receipt of the discovery request letter(s) referred to in

    Paragraph 3 above *or* on or before April 5, 2004, *whichever date shall first*

    *occur. See* LR 116.3(A).

5.      Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date shall first occur.* *See* LR 116.3(E) through (H).

6.      Consistent with the provisions of Paragraph 5 above, a response to any motion shall be filed on or before fourteen days after the motion has been filed.  *See* LR 116.3(I).

7.      An Initial Status Conference in accordance with LR 116.5 will be held at the parties' request on March 9, 2004, at 2:30 p.m. in Courtroom III.[1]

8.      A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, March 5, 2004.

DATED: February 9, 2004

                                                              /s/ Kenneth P. Neiman
                                                             KENNETH P. NEIMAN
                                                             U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).