UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET
SPRINGFIELD, MA 01103


NOTICE CONCERNING WAIVER OF JUDICIAL
DISQUALIFICATION


FROM:  Bethaney Healy, Clerk                    Date: February 9, 2004


TO:    William M. Welch, II, Esq.              Judith Knight, Esq.
       United States Attorney's Office         Hellman and Shearn
       1550 Main Street                        342 Main Street
       Springfield, MA 01103                   Great Barrington, MA 01230

       C. Jeffrey Kinder, Esq.
       Fierst, Pucci & Kinder
       64 Gothic Street
       Northampton, MA 01060

RE: United States v. Paul Calcasola and Elisabel Rivas, Criminal No. 04-30002-MAP

      Canon 3D of the Code of Conduct provides (with exceptions not pertinent to this case) that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding if all the parties and lawyers, after notice of the basis for the disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation.

      Unless a waiver is obtained from all parties and all counsel, Magistrate Judge Kenneth P. Neiman intends to disqualify himself in this proceeding because C. Jeffrey Kinder, an attorney for one of the defendants, is a partner in a law firm which has a lease agreement with and rents office space in Northampton, Massachusetts, owned by Magistrate Judge Neiman and Frederick U. Feirst (another partner in the firm).

      If you and your clients wish to waive the Magistrate Judge's disqualification, letters to that effect from you and your clients must be sent to me within seven days of the date of this Notice, i.e., by February 19, 2004.  The letters should not be sent to the Magistrate Judge and copies should not be sent to other counsel.  If all parties and all counsel submit such letters, this Notice and all responses will be made part of the record, as required by Canon 3D, and the Magistrate Judge will continue participation in the proceeding.  If a waiver is not received from all parties and all counsel, any responses will be kept under seal by the clerk and not shown to the Magistrate Judge, nor will the Magistrate Judge be informed of the identity of any party or lawyer who declined to waive the disqualification.

# HELLMAN & SHEARN
## ATTORNEYS AT LAW

DAVID N. HELLMAN *
KENNETH M. SHEARN *△
OF COUNSEL
JUDITH C. KNIGHT†

\* ALSO ADMITTED IN NEW YORK
△ ALSO ADMITTED IN CALIFORNIA
† ALSO ADMITTED IN COLORADO

342 MAIN STREET
GREAT BARRINGTON, MASSACHUSETTS 0 230
TELEPHONE (413) 528-4800
FACSIMILE (413) 528-9988
E-MAIL: lawyers@hellmanshearn.com

Via fax 413-785-0204 and regular mail
Bethany Healy, Clerk
U.S. District Court
Federal Bdlg & Courthouse
1550 Main Street
Springfield, MA 01103

February 27, 2004

Re: U.S. vs. Rivas: criminal docket no. 04-30002-MAP

Dear Bethany:

    I am writing in response to your Notice Concerning Waiver of Judicial Qualification dated February 9, 2004. Please be advised that on behalf of Ms. Rivas, I hereby waive the disqualification of Magistrate Judge Neiman in the above matter.

    Please let me know if you require any additional documentation from on this issue.

Sincerely,

*[signature]*
Judith C. Knight

**FIERST, PUCCI & KINDER LLP**
ATTORNEYS AT LAW
64 GOTHIC STREET
NORTHAMPTON, MASSACHUSETTS 01060-3042

FREDERICK U. FIERST*
JOHN P. PUCCI
C. JEFFREY KINDER**

JONATHAN J. KANE***
OF COUNSEL

WALTER C. SOMOL

(413) 584-8067
TELECOPIER (413) 585-0787
EMAIL: (recipient's name)@fierstpucci.com
WEBSITE: www.fierstpucci.com

FILED
IN CLERK'S OFFICE

[date stamp] FEB 19 A 10:19

U.S. DISTRICT COURT
DISTRICT OF MASS

February 12, 2004

Bethany Healy, Clerk
U.S. District Court
District of Massachusetts
Federal Bldg & Courthouse
1550 Main Street
Springfield  MA  01103

Re:  <u>U.S. v. Paul Calcasola, Criminal No. 04-CR-30002-MAP</u>

Dear Bethany:

I am writing in response to your Notice Concerning Waiver of Judicial Qualification dated February 9, 2004.

Please be advised that my client, Paul Calcasola, and I hereby waive the disqualification of Magistrate Judge Neiman in the above-captioned case.

Please let me know if a disqualification results in a change of the status conference scheduled for March 9, 2004.

Very truly yours,

C. Jeffrey Kinder

Paul Calcasola

CJK\hs

* ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN COLORADO
*** ALSO ADMITTED IN NEW HAMPSHIRE AND CONNECTICUT





FILED
CLERK'S OFFICE

2004 FEB 12 P 5: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

February 12, 2004

Bethaney Healy, Clerk
U.S. District Court
1550 Main Street
Springfield, MA 01103-1422

    Re: United States v. Paul Calcasola and Elizabeth Rivas
        <u>Criminal No. 04-30002-MAP</u>

Dear Bethaney:

    I agree to waive the Magistrate Judge's disqualification.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By: _____
                        WILLIAM M. WELCH II
                        Assistant U.S. Attorney

amw