UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30002-MAP |
| | ) | |
| PAUL CALCASOLA and | ) | |
| ELISABEL RIVAS, | ) | |
| Defendants | ) | |

<u>FINAL STATUS REPORT</u>
July 14, 2004

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A trial, which the parties estimate will take one and a one half weeks, is possible. An initial pretrial conference has been scheduled for August 17, 2004, at 2:30 p.m. in Courtroom I. The parties are engaged in plea negotiations.

2. Defendants do not intend to raise defenses of insanity or public authority.

3. All discovery has been completed.

4. The parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

DATED: June 24, 2004

/s/ Kenneth P. Neiman